IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID MEYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21CV855 |
| ) | |
| MR. JACOBS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 14, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections, (ECF No. 7), within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 4), which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is FILED and DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms.

This, the 9th day of May 2022.

/s/ Loretta C. Biggs
United States District Judge