IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID MEYERS, )
)
        Plaintiff, )
)
v. ) 1:21CV855
)
MR. JACOBS, et al, )
)
        Defendants. )

ORDER AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

Plaintiff in this case has filed a Motion for Relief [Doc. #21]. However, it appears that Plaintiff is seeking relief related to other cases, not the present case. To the extent Plaintiff seeks relief related to those cases, he should file his request in those cases rather than the present case.

Plaintiff also argues that he should not be required to use any particular forms to bring his claims in this case, but this district has adopted certain forms to assist *pro se* litigants in presenting sufficient information to allow the Court to process complaints pursuant to 28 U.S.C. § 1915A. Under Local Rule 7.1(d), "All *pro se* complaints filed by state prisoners seeking relief under 42 U.S.C. §§ 1983 shall be filed with the clerk in compliance with the instructions of the clerk and on appropriate forms which are available without charge in the clerk's office." Here, Plaintiff has still failed to use the proper forms as required by Local Rule 7.1(d). Moreover, the forms are necessary here because Plaintiff's handwritten filings do not provide the requisite information, and do not comply with the font and formatting requirements set out in the Local Rule 7.1(a) (requiring pleadings to be typewritten, printed, or legibly

handwritten, double-spaced, and with one inch margins at the top and bottom). In addition, Plaintiff has still failed to pay the filing fee or submit a proper application to proceed *in forma pauperis*. Therefore, there is no basis to reconsider or recall the prior determinations.

Plaintiff also complains that the Court has refused to send the requisite forms. However, the Court's prior Recommendation directed the Clerk's Office to provide Plaintiff with the appropriate forms. There is no basis for relief from the prior Order and Judgment, but to the extent Plaintiff may still need the appropriate forms, the Court will again direct the Clerk's Office to provide him with those forms.

IT IS THEREFORE RECOMMENDED that Plaintiff's Motion for Relief [Doc. #21] be DENIED.

IT IS ORDERED that the Clerk's Office is directed to send Plaintiff § 1983 forms, instructions, an application to proceed in forma pauperis, and a copy of pertinent parts of Fed. R. Civ. P. 8 (i.e., Sections (a) & (d)).

This, the 16th day of June, 2022.

/s/ Joi Elizabeth Peake
United States Magistrate Judge