IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID MEYERS, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:21CV855 |
| MR. JACOBS, et al., | ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on June 16, 2022, was served on the parties in this action. (ECF Nos. 22, 23.)

Plaintiff filed objections within the time prescribed in § 636, (ECF No. 24.)

The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 22).

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Relief, (ECF No. 21), is DENIED.

This, the 14th day of July 2022.

/s/ Loretta C. Biggs
United States District Judge